IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JEREMIAH COVINGTON
also known as
Tre B,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-15-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1160] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment [Doc. 758], Motion for Full Identification of Government Undercover Agents/Informants [Doc. 754], Motion to Sever [Doc. 755], and Motion to Suppress [Doc. 757].

I will not simply repeat the analysis of the thorough and well-reasoned Report and Recommendation. As set forth by the Magistrate Judge, the involvement of a government agent or informant in the conspiracy provides no basis for pretrial dismissal of the indictment against this Defendant. In his Objections, the Defendant has not identified outrageous misconduct by the Government that is so shocking that

the Defendant's due process rights were violated. As set forth by the Magistrate Judge, the seizure of the two cell phones was justified by the automobile exception to the warrant requirement. The Defendant has failed to make a sufficient showing under United States v. Laist, 702 F.3d 608 (11th Cir. 2012) that the delay in obtaining a search warrant for the phones invalidates the search of the phones. The Motion to sever should be denied. As set forth by the Magistrate Judge, the Defendant was properly joined as a Defendant. Whether the Defendant will be subject to undue prejudice cannot be determined until a trial plan has been formalized. The motion to sever may be renewed at that time. Disclosure of the identity of confidential informant that the Government intends to call as witnesses at trial is not required by Roviaro v. United States, 353 U.S. 53, 59 (1957). The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Indictment [Doc. 758], Motion for Full Identification of Government Undercover Agents/Informants [Doc. 754], Motion to Sever [Doc. 755], and Motion to Suppress [Doc. 757] are DENIED.

  SO ORDERED, this 15 day of October, 2018.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge